**Mary C. Gordin and Edward B. Gordin, Executors, Appellees, v. G. W. Karr, Executor, et al., Appellants.**

**(Not to be reported in full.)**

·Appeal from the Circuit Court of Ford county; the Hon. SAIN WELTY, Judge, presiding. Heard in this court at the October term, 1916. Reversed and remanded with directions. Opinion filed April 16, 1917.

### Statement of the Case.

Bill by Mary C. Gordin and Edward B. Gordin, executors of the estate of Hannah J. Martin, deceased, complainants, against G. W. Karr, executor of the estate of Josephus Martin, deceased, Emma B. Collison, Mary E. Collison, Effie Ireland, Edna Duncan, Walter Karr and Charles Karr, defendants, to set aside an antenuptial contract entered into by the said Hannah J. Martin, then Hannah J. Amm, deceased, and said Josephus Martin, deceased. From a decree setting aside the contract and directing payment of the widow's award and one-third of the personal estate of the decedent Josephus Martin, defendants appeal.

Upon prior hearing and appeal to the Supreme Court, an opinion was rendered, *Martin v. Collison,* 266 Ill. 172, to which reference is made for statement of facts and issues as then appearing.

BARRY & MORRISSEY and SCHNEIDER & SCHNEIDER, for appellants.

CLOUD & THOMPSON, for appellees.

MR. JUSTICE ELDREDGE delivered the opinion of the court.

## Abstract of the Decision.

Husband and Wife, § 29*—*when evidence insufficient to show that alleged antenuptial contract was entered into after marriage.* Evidence *held* insufficient to show that the alleged antenuptial contract sought to be set aside was executed after the parties thereto had entered into a marriage agreement and that a confidential relation between them then existed.